# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JORGE STEVE ZEPEDA IRIAS<br>a/k/a "Tiburcio"<br>a/k/a "Tiburon,"<br>JENIFER ICELA ROMERO FABIAN<br>JUAN FRANCISCO ENRIQUEZ CERRITOS, Sr.<br>a/k/a "Paco."<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:26-MJ-13 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July, 2024 to at least in and around December 2025 in the city/county of Fairfax, Prince William, and Elsewhere in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | (conspiracy) |
| 18 U.S.C. § 922(a)(1)(A) | (Dealing in firearms without a license) |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA Nicholas Patterson

*Complainant's signature*

Ian Meyers, Special Agent: Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: January 20, 2026

**Lindsey R Vaala** Digitally signed by Lindsey R Vaala
Date: 2026.01.20 11:06:10 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*